IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROCHELLE N. PERRY,

    Plaintiff,

VS.                                 NO. 05-2044-Ma/P

CINGULAR WIRELESS, LLC,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's unopposed motion, filed April 13, 2005, to extend time to respond to defendant's motion to dismiss in this matter.

For good cause shown, the motion is granted. The plaintiff shall have until June 30, 2005 within which to respond to defendant's motion to dismiss.

IT IS SO ORDERED this 27th day of April, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02044 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Jason D. Fisher
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT