FILED

05 APR 27 PM 1:4

ROBERT R. DI ...O
CLERK, U.S. DI ...T.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROCHELLE N. PERRY, )
            )
    Plaintiff, )
            )   CIVIL ACTION NO. 05-2044-Ma-P
v.          )
            )   JURY DEMAND
CINGULAR WIRELESS, LLC, )
            )
    Defendant. )

## SCHEDULING ORDER

Pursuant to written notice, the parties have submitted to the Court their agreement to this Scheduling Order. The Court having approved this Scheduling Order submitted by the parties, the following dates are established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): June 30, 2005

JOINING PARTIES: July 19, 2005

AMENDING PLEADINGS: July 19, 2005

INITIAL MOTIONS TO DISMISS: August 19, 2005

COMPLETING ALL DISCOVERY: January 16, 2006

(a)    DOCUMENT PRODUCTION: January 16, 2006

(b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: January 16, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-28-05

1102949.1

/3

(c)     EXPERT WITNESS DISCLOSURE (Rule 26):

(1)     DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: November 15, 2005

(2)     DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: December 15, 2005

(3)     EXPERT WITNESS DEPOSITIONS: January 16, 2006

FILING DISPOSITIVE MOTIONS: February 15, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial last 4 days.*

This case is appropriate for ADR. The parties have already set a private mediation for June 3, 2005.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: 4/22/05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02044 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jason D. Fisher
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Samuel Mays
US DISTRICT COURT