FILED BY _____ D.C.

APR 28 PM 2:36

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROCHELLE N. PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-2044-Ma-P |
| v. | ) |
| | ) JURY DEMAND |
| CINGULAR WIRELESS, LLC, | ) |
| | ) |
| Defendant. | ) |

## THE ~~PROPOSED~~ ORDER

Pending before the Court is the parties' Joint Motion to Cancel, or in the Alternative Continue, Scheduling Conference. For good cause shown, the parties' Joint Motion is GRANTED, and the Scheduling Conference, previously set for May 19, 2005, is hereby CANCELED.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: 4/27/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

1106029.1

(14)

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02044 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Jason D. Fisher
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Samuel Mays
US DISTRICT COURT