FILED BY ___ D.C.
05 JUL 15 PM 4: 14
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**ROCHELLE N. PERRY,**

**Plaintiff,**

**v.**

**CINGULAR WIRELESS, LLC,**

**Defendant.**

**CIVIL ACTION NO. 05-2044-Ma-P**

**JURY DEMAND**

---

**AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41, upon agreement of Plaintiff Rochelle N. Perry ("Plaintiff") and Defendant Cingular Wireless, LLC ("Defendant"), and for good cause shown, it is this day ORDERED, ADJUDGED, and DECREED that all claims stated in Plaintiff's Complaint against Defendant shall be and are hereby dismissed with prejudice. In addition, in furtherance of this Agreed Order, Plaintiff and Defendant each agree to pay their own respective attorneys' fees and costs incurred in this cause.

ENTERED this 14th day of July, 2005.

______________________________
JUDGE

1197719.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-18-05

AGREED AND APPROVED FOR ENTRY:

W. Kerby Bowling, TN BPR #009363
Joseph M. Crout, TN BPR #012957
Bowling & Bowling
7936 Players Forrest Drive
Memphis, TN 38119
(901) 761-3440

Attorneys for Plaintiff

Waverly D. Crenshaw, Jr., TN BPR #009942
Jason D. Fisher, TN BPR #020076
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02044 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jason D. Fisher
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Samuel Mays
US DISTRICT COURT