IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ulc D.C.

05 JUL 18 PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ROCHELLE N. PERRY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-2044 Ma/P |
| CINGULAR WIRELESS, | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

Before the court is Defendant's March 24, 2005, motion to dismiss. On April 13, 2005, Plaintiff filed a motion for an extension of time in which to file a response to Defendant's motion to dismiss. On April 27, 2005, this court granted Plaintiff's motion for an extension of time, and set June 30, 2005, as the deadline for Plaintiff to file a response to Defendant's motion to dismiss. Plaintiff has not yet responded to the motion to dismiss, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 18th day of July 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-19-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02044 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jason D. Fisher
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Samuel Mays
US DISTRICT COURT